# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 24 2008
JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

United States of America )
v. )
) Case No: 7:95CR00061-001
Melvin Eugene Mike, Jr. )
) USM No: 05293-084
Date of Previous Judgment: __February 28, 1996__ )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __93__ months **is reduced to** __90*__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __13__          Amended Offense Level: __12__
Criminal History Category: __VI__       Criminal History Category: __VI__
Previous Guideline Range: __33__ to __41__ months       Amended Guideline Range: __30__ to __37__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

* Defendant's total term of imprisonment of 90 months consists of 30 months as to count 3 and 60 months as to count 2, to be served consecutively.

Except as provided above, all provisions of the judgment dated __Feb. 28, 1996__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __3-24-08__                                  _____
                                                          Judge's signature

Effective Date: ~~March 3, 2008~~ __4-3-08__              Senior United States District Judge Jackson L. Kiser
(if different from order date)                             Printed name and title